**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

SHANITA DENISE WOMACK, *et al.*,        §
                                        §
              Plaintiffs,               §
                                        §
                                        §
v.                                      §    CIVIL ACTION NO. 5:22-CV-00090-RWS
                                        §
OWEN J. MURRAY, *et al.*,               §
                                        §
                                        §
              Defendants.               §

## <u>FINAL JUDGMENT</u>

Pursuant to the Court's order granting the Defendants' motions for summary judgement

(Docket Nos. 96, 97), it is

**ORDERED** that Plaintiffs' claims against UTMB and TDCJ as institutions are

**DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that Plaintiffs' remaining claims are **DISMISSED WITH PREJUDICE**. It

is further

**ORDERED** that all motions not previously ruled on are **DENIED**.

The Clerk of Court is directed to close the above-captioned case.

**So ORDERED and SIGNED this 10th day of July, 2025.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE